**04-11106 GAO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

2004 MAY 26  A 10: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Dorothy Ausevich, et al.<br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., F/K/A Interneuron<br>Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home<br>Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A<br>Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American<br>Home Products Corporation; and Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>　　　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. _____ |

### NOTICE OF ORDER REFERRING REMAND MOTIONS IN
### DIET DRUG CASES TO A SINGLE JUDGE FOR DECISION

This case is one of over 200 diet drug cases originally filed on behalf of approximately 4,500 plaintiffs in state court in Middlesex County, Massachusetts. Wyeth is in the process of removing all of these diet drug cases to the federal court.

In the first of these cases -- *Andrus, et al v. Indevus Pharm., Inc., et al.* – Wyeth filed a Notice of Removal on May 7, 2004. Because the anticipated remand motions in *Andrus* and this and the other diet drug cases likely will raise similar, if not identical issues, Wyeth filed in *Andrus* a Motion to Refer Decision of Remand Motions in All Diet Drug Cases to a Single Judge for Decision. On May 19, 2004, the court (O'Toole, J.) entered an order granting Wyeth's motion.

Respectfully submitted this 26th day of May, 2004.

　　　　　　　　　　　　　　　　　　/s/ Janice W. Howe
　　　　　　　　　　　　　　　　　　William A. McCormack  BBO #329580
　　　　　　　　　　　　　　　　　　Janice W. Howe  BBO #242190
　　　　　　　　　　　　　　　　　　David Yamin  BBO #562216
　　　　　　　　　　　　　　　　　　Bingham McCutchen LLP
　　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 951-8000
　　　　　　　　　　　　　　　　　　*Counsel for Defendants Wyeth and*
　　　　　　　　　　　　　　　　　　*Wyeth Pharmaceuticals, Inc.*

LITDOCS/552630.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing document upon all parties to the above-captioned action by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401

Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32562-1147

*Counsel for Plaintiffs*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc.*

This 26th day of May, 2004.

/s/ Janice W. Howe
Janice W. Howe
*Counsel for Defendants Wyeth
and Wyeth Pharmaceuticals, Inc.*