UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DOROTHY AUSEVICH; DOUGLAS IWANICKI; JERRY BUJARSKI; ROSEMARY ARDAGNA; VICKI SACK; ELEANOR LOVETTE; DEBRA OSGOOD; CHERYL MARTELLA; GERALDINE O'BRIEN; LISA MCADAMS; THOMAS MCGAULEY; KAROL DESTEFANO; BARBARA FAGAN; JEAN HORTON; DONALD CHARTRAND; ELAINE MORRISS; CLAUDIA VELLOSO-POTTS; JOHN VOGEL; JOHN MARRINER; JACQUELINE SASSO, | |
| Plaintiffs | Civil Action |
| v. | No. 04-11106-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendants | |

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
     Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.