UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
DOROTHY AUSEVICH; DOUGLAS IWANICKI; JERRY BUJARSKI; ROSEMARY ARDAGNA; VICKI SACK; ELEANOR LOVETTE; DEBRA OSGOOD; CHERYL MARTELLA; GERALDINE O'BRIEN; LISA MCADAMS; THOMAS MCGAULEY; KAROL DESTEFANO; BARBARA FAGAN; JEAN HORTON; DONALD CHARTRAND; ELAINE MORRISS; CLAUDIA VELLOSO-POTTS; JOHN VOGEL; JOHN MARRINER; JACQUELINE SASSO,

    Plaintiffs

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants
------------------------------------- x

Civil Action
No. 04-11106-GAO

**<u>NOTICE OF APPEARANCE</u>**

2

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800  

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000  

Counsel for Defendant  
Indevus Pharmaceuticals, Inc.