UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
DOROTHY AUSEVICH; DOUGLAS :
IWANICKI; JERRY BUJARSKI; ROSEMARY :
ARDAGNA; VICKI SACK; ELEANOR :
LOVETTE; DEBRA OSGOOD; CHERYL :
MARTELLA; GERALDINE O'BRIEN; LISA :
MCADAMS; THOMAS MCGAULEY; KAROL :
DESTEFANO; BARBARA FAGAN; JEAN :
HORTON; DONALD CHARTRAND; ELAINE :
MORRISS; CLAUDIA VELLOSO-POTTS; :
JOHN VOGEL; JOHN MARRINER; :
JACQUELINE SASSO, :
 :
   Plaintiffs : Civil Action
v. : No. 04-11106-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
   Defendants :
------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT
<u>OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 23, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.