UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOROTHY AUSEVICH; DOUGLAS              :
IWANICKI; JERRY BUJARSKI; ROSEMARY     :
ARDAGNA; VICKI SACK; ELEANOR           :
LOVETTE; DEBRA OSGOOD; CHERYL          :
MARTELLA; GERALDINE O'BRIEN; LISA      :
MCADAMS; THOMAS MCGAULEY; KAROL        :
DESTEFANO; BARBARA FAGAN; JEAN         :
HORTON; DONALD CHARTRAND; ELAINE       :
MORRISS; CLAUDIA VELLOSO-POTTS;        :
JOHN VOGEL; JOHN MARRINER;             :
JACQUELINE SASSO,                      :
                                       :
     Plaintiffs                        :    Civil Action
v.                                     :    No. 04-11106-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
     Defendants                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

 
---

Dated:  June 25, 2004                                    Respectfully submitted,
        Boston, Massachusetts

                                                         /s/Matthew J. Matule
                                                         Matthew J. Matule (BBO #632075)
                                                         SKADDEN, ARPS, SLATE,
Of Counsel:                                                MEAGHER & FLOM LLP
Barbara Wrubel                                           One Beacon Street
Katherine Armstrong                                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                    (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                           Counsel for Defendant
                                                         Boehringer Ingelheim Pharmaceuticals, Inc.